***United States v. Prieto*, 26-mj-8283-PGL (D. Mass.)**
**Defense Exhibit List**
**Preliminary Hearing, 10/1/2026**

| Ex. # | Date Offered | Admitted | Filename | Description |
|---|---|---|---|---|
| Def. Ex. 1 | 10/1/2026 | Yes | USAO_000002-USAO_000002 260924_0224.mp3 | Audio Recording of 9/24/26 HSI Interview of RF |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to all counsel, who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Michael T. Packard
Michael T. Packard

**Dated: October 1, 2026**