UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

BOBBY PRIETO,
*Defendant.*

No. 26-mj-08283-PGL

**ORDER OF VOLUNTARY DETENTION**

LEVENSON, U.S.M.J.

Defendant was arrested on September 24, 2026, and charged via the above-numbered complaint on September 25, 2026. *See* Docket No. 1. Defendant appeared before this Court for his initial appearance on September 25, 2026, represented by counsel. Docket No. 5. Defendant requested a probable cause hearing and detention hearing, which were both scheduled for October 1, 2026. *Id.* Defendant appeared before this Court on October 1, 2026, again represented by counsel, and consented to voluntary detention upon finding of probable cause. Docket No. 10. The probable cause hearing was conducted, and this Court found probable cause. *Id.*

Accordingly, I ORDER that Defendant be DETAINED pending trial. It is further ORDERED that:

(1) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined shall deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a full detention hearing and the setting of conditions of release, regardless of whether there have been changed circumstances.

/s/ Paul G. Levenson
Paul G. Levenson
CHIEF U.S. MAGISTRATE JUDGE

Dated: October 2, 2026